**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*sandra.bober@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 858-0304*
*fax: (609) 989-2275*

August 17, 2026

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Gonzalez Gallardo v. Blanche*, No. 26-cv-10412 (MCA)**
**Petitioner's Release from ICE Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's August 16, 2026 order, ECF No. 2, ordering Respondents to release Petitioner within 24 hours. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner yesterday, August 16, 2026, at approximately 10:17 p.m. Accordingly, Respondents respectfully request that the Court lift the injunction entered at ECF No. 2 and close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: *s / Sandra A. Bober*
SANDRA A. BOBER
Assistant United States Attorney
*Attorneys for Respondents*

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/18/26